UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JOSEPH MORAND,
BOOKING #91980298,

Plaintiff,

v.

CCA OTAY MESA DETENTION
CENTER,

Defendant.

Case No.:  21-CV-1742 TWR (MSB)

**ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT**

(ECF No. 7)

Presently before the Court is Plaintiff Joseph Morand's Motion for an Extension of Time to File a First Amended Complaint (ECF No. 7).  Good cause appearing, the Court **GRANTS** the Motion.  Plaintiff may file a First Amended Complaint on or before April 6, 2022.

**IT IS SO ORDERED.**

Dated:  January 31, 2022

Honorable Todd W. Robinson
United States District Judge

1

21-CV-1742 TWR (MSB)