UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JOSEPH MORAND,
BOOKING #91980298,

                                Plaintiff,

v.

CCA OTAY MESA DETENTION
CENTER,

                                Defendant.

Case No.:  21-CV-1742 TWR (MSB)

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

Pro se Plaintiff Joseph Morand initiated this action against Defendant Otay Mesa Detention Center on October 6, 2021.  (*See* ECF No. 1.)  On January 6, 2022, the Court granted Plaintiff's Motion to Proceed *in Forma Pauperis* ("IFP") and dismissed Plaintiff's Complaint with leave to amend pursuant to 28 U.S.C.§ 1915(e)(2)(B).  (*See* ECF No. 5.) The Court subsequently granted Plaintiff an extension of time to file his first amended complaint by April 6, 2022.  (*See* ECF No. 8.)  On March 29, 2022, the Court consolidated this action with its related case, 3:22-cv-00101-TWR-MSB, denied as moot Plaintiff's IFP Motion, and dismissed without prejudice Plaintiff's Consolidated First Amended Complaint pursuant to 28 U.S.C.§ 1915(e)(2)(B).  (*See* ECF No. 9, "Order".)  The Court

provided Plaintiff with forty-five days to file a second amended complaint.  (*See id.*)  Plaintiff was served via U.S. Mail Service.  (*See generally* Docket.)  On April 11, 2022, the mail containing the Order was returned as "[u]ndeliverable."  (*See* ECF No. 10.)

The Civil Local Rules provide that "[a] party proceeding pro se must keep the Court and opposing parties advised as to current address.  If mail directed to a pro se plaintiff by the Clerk at the plaintiff's last designated address is returned by the Post Office, and if such plaintiff fails to notify the Court and opposing parties within 60 days thereafter of the plaintiff's current address, the Court may dismiss the action without prejudice for failure to prosecute."  S.D. Cal. CivLR 83.11(b).

Plaintiff failed to file a second amended complaint within forty-five days of the Order. (*See generally* Docket.)  Additionally, Plaintiff did not notify the Court or opposing parties of his current address within sixty days of the date the Clerk received the returned mail.   Accordingly, the Court **DISMISSES** the consolidated actions **WITHOUT PREJUDICE**.  The Clerk of the Court shall close the cases.

**IT IS SO ORDERED.**

Dated:  June 16, 2022

Honorable Todd W. Robinson
United States District Judge

21-CV-1742 TWR (MSB)